**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
JULISSA ISMAIL,                                          :
                                                         :   Docket No. 18-cv-06572
                          Plaintiff,                     :
                                                         :
          -against-                                      :   **STIPULATION OF**
                                                         :   **DISMISSAL WITH**
YOST & CAMPBELL OF ROCKLAND COUNTY,                      :   **PREJUDICE**
INC., KEVIN MONAHAN, THOMAS MONAHAN,                     :
AND CECI MONAHAN,                                        :
                                                         :
                          Defendants.                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

          IT IS HEREBY STIPULATED AND AGREED, by and between the counsel for the

parties hereto, that this action is hereby dismissed, with prejudice and without costs.  Each party

shall bear its own attorneys' fees.

Dated: White Plains, New York          EL-HAG & ASSOCIATES, P.C.
       October 2 3, 2018

                                       By:_____
                                          Jordan El-Hag
                                          Attorneys for Plaintiff
                                          777 Westchester Avenue, Suite 101
                                          White Plains, NY 10604
                                          (914) 218-6190


Dated: New York, New York              OFFIT KURMAN, P.A.
       October 25, 2016

                                       By:_____
                                          Christopher A. D'Angelo
SO ORDERED.                               Attorneys for Defendants
                                          10 East 40th Street, 25th Floor
                                          New York, New York  10016
                                          (347) 589-8521

_____
CATHY SEIBEL, U.S.D.J.       11/5/18

The Clerk shall close the case.

- 11 -